UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>EDWIN ANTONIO MERLOS PEDROZA,<br><br>                Defendant. | CASE NO.  21CR3497-JLS<br><br>ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing/trial setting in this matter now scheduled for January 28, 2022 be continued until Friday, March 4, 2022 at 1:30 p.m.   Defendant shall file an acknowledgement of the new hearing date by February 4, 2022.

**IT IS FURTHER ORDERED** that time is excluded pending pretrial motions on file.

**IT IS SO ORDERED**.

Dated:   January 25, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge